EDNA M. PENROSE, as Administratrix of the Estate of GEORGE D. PENROSE, Deceased, Respondent, *v.* CENTRAL NEW YORK FREIGHTWAYS, INC., et al, Appellants.

Submitted October 11, 1937; decided October 19, 1937.

*J. Stanley Carter* and *M. J. Conboy* for motion.

*P. C. Dugan* and *Kenneth J. Dugan* opposed.

Motion denied, with ten dollars costs and necessary printing disbursements, on the ground that the appeal lies as matter of right, the action of the Appellate Division being one of reversal. (See *Dedunak* v. *N. Y. C. & H. R. R. R. Co.*, 224 N. Y. 715; *Markiewicz* v. *Thompson*, 246 N. Y. 235.'